UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

DAVID CONYERS and LAMAL NALLEY,

                                      Plaintiffs,

-against-

THE CITY OF NEW YORK, a municipal corporation; DETECTIVE KEITH MCDONALD, in his individual and official capacities, DETECTIVE JONATHAN QUINTO, in his individual and official capacities, POLICE OFFICER EFRAIN MORALES, in his individual and official capacities, UNDER COVER OFFICER #338 in his individual and official capacities, and UNDER COVER OFFICER #239, in his individual and official capacities.,

                                      Defendants.
------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

16-CV-2819 (BMC)

        **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

        1.      The above-referenced action is hereby dismissed with prejudice; and

2.      Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
_____1/4_____, 2017

MOORE ZEMAN WOMBLE, LLP
*Attorneys for Plaintiff*
66 Willoughby Street
Brooklyn, New York  11201
(718) 514-9100

By: _____
Benjamin Zeman
*Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
   City of New York
*Attorney for Defendants City of New York, McDonald, Quinto, Morales, 338, and 239*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Beth Hoffman
Senior Counsel

SO ORDERED:

_____
HON. BRIAN M. COGAN
UNITED STATES DISTRICT JUDGE

Dated: _____, 2016

2